ents, Appellants.— Judgment affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Martin and O'Malley, JJ.

ROBERT HOLMES, Individually and as Trustee and Others, Appellants, v. CANDACE E. Q. CAMP, as Sole Executrix, etc., and Others, Defendants, Impleaded with EMILY LEFFERTS JONES and Others, as Executors, etc., and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin and O'Malley, JJ.

ROBERT HOLMES, Individually and as Trustee and Others, Appellants, v. EDWARD C. SMITH and Another, as Sole Executrix, etc., of HUGH N. CAMP, JR., Deceased, and Others, Respondents, Impleaded, etc.— Judgment and orders affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin and O'Malley, JJ.

REBECCA BERG, an Infant, by CLARA BERG, Her Guardian ad Litem, Respondent, v. RACHEL PRAGER and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Martin, J., dissents.

MILL FACTORS CORPORATION, Appellant, v. LOUIS MARGOLIES and Others, Respondents. ALTMAN-FELLERMAN SILK CO., INC., Appellant, v. LOUIS MARGOLIES and Others, Respondents. JACOB MENDELSON and Others, Appellants, v. LOUIS MARGOLIES and Others, Respondents. FRANK E. AIKEN, etc., Appellant, v. LOUIS MARGOLIES and Others, Respondents. S. J. HALL & SONS, INC., etc., Appellant, v. LOUIS MARGOLIES and Others, Respondents. ADOLPH RUSCH and Another, Appellants, v. LOUIS MARGOLIES and Others, Respondents. L. BACHMAN & CO., INC., Appellant, v. LOUIS MARGOLIES and Others, Respondents. LONDON GUARANTEE AND ACCIDENT CO., LTD., etc., Appellants, v. LOUIS MARGOLIES and Others, Respondents.— Order reversed, with costs, and verdict reinstated on the ground that the verdict of the jury was warranted by the evidence. Present — Dowling, P. J., Merrell, Martin and O'Malley, JJ.

ANTON B. GIESLER, as Administrator, etc., of BENJAMIN GIESLER, Deceased, Appellant, v. KATHERINE SHIELDS, as Executrix, etc., of CATHERINE GIESLER, Deceased, and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MILTON LICHTENSTEIN and Another, Copartners, etc., Appellants, v. MAJESTIC GARAGE CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Judicial Settlement of the Account of SARA R. BAUM, as Administratrix, etc., of LENA B. KATZ, Deceased. SARA R. BAUM, Administratrix, etc., Appellant; WALTER K. HIRSCHBACH, as Executor, etc., of MARKS KATZ, Deceased, Respondent.— Decree affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

LOUIS DACHIS and Another, Copartners, etc., Respondents, v. INSURANCE COMPANY OF NORTH AMERICA and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

STEPHEN THEOBALD, Appellant, v. DORA THEOBALD, Respondent.— Order reversed and motion granted, on the ground that the verdict was against the weight of the evidence. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

BRESCIA CONSTRUCTION COMPANY, Appellant, v. LORENZO ABRUZZESE and